**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MIRIAN MELIDA AZAS POAQUIZA,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | |
| **v.** | § | **No. 3:26-CV-00228-LS** |
| | § | |
| **JOEL D. GARCIA, IN HIS OFFICIAL CAPACITY AS EL PASO, TEXAS FIELD OFFICE DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; AND PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES,** | § § § § § § § § § § | |
| | § | |
| ***Respondents*.** | § | |

**ORDER DISMISSING CASE**

Petitioner's counsel has notified the court that Petitioner is no longer in the United States at this time.[1] Petitioner filed a petition for a writ of habeas corpus regarding her detention by Immigration and Customs Enforcement.[2] Because Petitioner is no longer detained by Respondents, her petition is moot.[3] The Court therefore denies Petitioner's writ of habeas corpus and dismisses this case as moot.

---

[1] ECF No. 6.
[2] ECF No. 1.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 27, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**